IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL D. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-cv-04639 |
| | ) | |
| GENERATIONS AT APPLEWOOD, LLC, f/k/a | ) | Judge Seeger |
| APPLEWOOD REHABILITATION CENTER, LLC, | ) | |
| GENERATIONS HEALTHCARE NETWORK, LLC, | ) | |
| BRYAN G. BARRISH and LOUISE BERGTHOLD, | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT FOR REASSIGNED CASE

I. **Nature of the Case**

    A. **Identify the attorneys of record for each party. Note the lead trial attorney and any local counsel.**

    **Plaintiff's Counsel:**

    Randall B. Gold (Lead Counsel), Fox & Fox, S.C., 111 East Wacker Dr., Ste. 2600, Chicago, Illinois, 60601; and Renee Kessel, 55 W. Delaware Pl., No. 603, Chicago, Illinois 60610.

    **Defense Counsel:**

    Ryan T. Benson and Kevin M. O'Hagan, O'Hagan Meyer, LLC, 1 East Wacker Drive, Suite 3400, Chicago, Illinois 60601.

    B. **State the basis for federal jurisdiction.**

    Federal jurisdiction is pursuant to 28 U.S.C. §§ 1331 and 1343(a)(4), as Plaintiff is alleging violations of the Civil Rights Act of 1866, 42 U.S.C. §1981 ("Section 1981").

    C. **Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims and/or affirmative defenses.**

    Plaintiff asserted claims of racial discrimination and retaliation in violation for her legally protected complaints under Section 1981.

D.  **Describe the relief sought by the plaintiff(s). Quantify the damages, if any.**

Plaintiff has not made a comprehensive computation of her damages, as such losses increase daily, but she seeks all lost back pay/benefits since June 13, 2018, plus interest, so as to render her whole from the unlawful discharge, as well as career loss (*see, e.g., Williams v. Pharmacia, Inc.*, 137 F.3d 944 (7th Cir. 1998)), lost front pay, lodestar legal fee/costs compensatory and punitive damages, as authorized by Section 1981, and to be determined at trial.

However, as of mid-September of 2019, Plaintiff's lost back wages exceed $228,000.00 and - except for a temporary four month engagement for which she anticipates earning approximately $6,000.00 – Plaintiff continues to lose at least $3,000.00 per month until she is able to secure replacement employment.

E.  **List the names of any parties who have not yet been served.**

None.

II. **Discovery and Pending Motions**

A.  **Briefly describe all pending motions, including the date the motion was filed and the briefing schedule, if any. Have any of the pending motions been mooted? Do any of the pending motions no longer require a ruling for any other reason?**

None.

B.  **Is this case in the "Mandatory Initial Discovery Pilot" (MIDP) Project? (Information about the MIDP can be found on the Northern District of Illinois home webpage, under "Resources & Information"). If the case is subject to MIDP, the parties should be prepared to report on the status of compliance with the MIDP and any upcoming MIDP deadlines.**

Yes, MIDP disclosures due November 15, 2019.

C.  **What is the current discovery schedule?**

None.

D.  **Briefly describe all fact and expert discovery that the parties have conducted, including any electronic discovery, and state whether discovery has been bifurcated. Describe any discovery that the parties still**

need to complete. Do the parties anticipate that they will complete discovery by the current deadline?

None.

E. Briefly summarize all substantive rulings issued in the case. (For each ruling, include the date and the docket number.)

None.

F. Briefly describe any anticipated motions.

Defendant anticipates filing a Motion for Summary Judgment at the end of discovery.

III. Trial

A. Have any of the parties demanded a jury trial?

Plaintiff has requested a jury trial.

B. What is the trial date (if any)? If there is no trial date, when will the parties be ready for trial?

None. Parties anticipate they will be ready for trial in September 2020.

C. Have the parties filed a final pretrial order? If so, when? If not, when is the deadline for the filing?

No.

D. Estimate the length of trial.

3-4 days.

IV. Settlement, Referrals, and Consent

A. Have any settlement discussions taken place? If so, what is the status? Has the plaintiff made a written settlement demand? And if so, did the defendant respond in writing? (Do not provide any particulars of any demands or offers that have been made.)

None to date.

B. Has this case been referred to the Magistrate Judge for discovery supervision and/or a settlement conference?

No.

3

C.  Do the parties request a settlement conference at this time before this Court or the Magistrate Judge?

No.

D.  Have counsel informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment? Do all parties <u>unanimously consent</u> to that procedure? The Court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge.

The Parties do not consent.

V.  <u>Other</u>

A.  **Is there anything else that the plaintiff(s) wants the Court to know?**

Given the nature of the alleged wrongdoing, Plaintiff's counsel believes that early mediation efforts would be prudent, and has informed defense counsel of same, but is advised that defendants are not inclined to participate in same at this time.

B.  **Is there anything else that the defendant(s) wants the Court to know?**

Defendant believes a 7-month discovery schedule up to June 15, 2020 after the MIDP disclosures are due (November 15, 2019) would be an adequate time to perform discovery in this case.

**Respectfully submitted,**

/s/Randall B. Gold
Fox & Fox, S.C.
111 East Wacker Dr., Suite 2600
Chicago, IL 60601
312-526-3220
rgoldlaw@aol.com

Renee F. Kessel
55 W. Delaware Pl., No. 603
Chicago, IL 60610
312-608-8181
renee.kessel@gmail.com

/s/Ryan T. Benson
O'Hagan Meyer
1 East Wacker Dr., Suite 3400
Chicago, Illinois 60601
312-422-6100
kohagan@ohaganmeyer.com
rbenson@ohaganmeyer.com

**Dated: October 1, 2019**