# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| CHERYL D. NELSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ) <br> GENERATIONS AT APPLEWOOD, LLC, ) <br> *et. al.*, ) <br> ) <br> Defendants. ) | Case No: 19-CV-04639 <br><br> Honorable Nancy Maldonado |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that this entire case, and all claims thereon, be dismissed with prejudice and without costs or attorneys' fees to any party.

**Respectfully submitted,**

*s/Randall B. Gold*
Fox & Fox, S.C.
111 East Wacker Dr., Suite 2300
Chicago, IL 60601
608-258-9588
rgoldlaw@aol.com

*s/Ryan T. Benson*
O'Hagan Meyer
One East Wacker Dr., Suite 3400
Chicago, Illinois 60601
312-422-6100
rbenson@ohaganmeyer.com

**Dated**: May 23, 2023